UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 75-CR-26-3-F
No. 5:06-CV-23-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JEFFREY R. MacDONALD, | ) | |
| Movant. | ) | |

This matter is before the court motion [DE-248] by MacDonald's counsel, Ms. Christine Mumma and Mr. M. Gordon Widenhouse Jr., seeking to receive the trial transcript prepared pursuant to this court's order of December 7, 2011 [DE-210]. Both counsel having filed their notices of appearance, their motion is ALLOWED.

The Clerk of Court is DIRECTED personally to deliver to Ms. Mumma at the Clerk's Office in Wilmington, North Carolina, the box of materials received from MacDonald's former court-appointed counsel. It is the court's understanding that the materials contain the trial transcript prepared pursuant to this court's order [DE-240] of February 22, 2012.

SO ORDERED.

This the 21 day of March, 2012.

_____
JAMES C. FOX
Senior United States District Judge

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-26-3
No. 5:06-CV-24-F

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEFFREY R. MacDONALD | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's motion to seal pursuant to Local Criminal Rule 55.2.1 and Local Civil Rule 79.2, EDNC. The motion to seal Mr. Raymond M. Shea's affidavit, filed as a proposed sealed document [DE-246] is hereby GRANTED.

SO ORDERED.

This, the 26 day of March, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States Judge