UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-26-F
No. 5:06-CV-24-F

| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JEFFREY R. MacDONALD, | ) | |
| Movant | ) | |

Upon motion of the United States of America, with the consent of counsel for Jeffrey R.

MacDonald, and for good cause shown, the Government's Request for Corrections is hereby

granted, and the court reporter is allowed to make the requested corrections.

So ORDERED, this 21st day of December, 2012.

JAMES C. FOX
Senior United States District Judge