UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 3:75-CR-00026-F

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY MACDONALD | MOTION TO SEAL |

Defendant, Jeffrey MacDonald, through undersigned counsel, hereby respectfully moves the Court for an order sealing D.E. 404 (Exhibits 1 through 14 to Defendant's Motion for Compassionate Release), in the above-referenced case. The Proposed Sealed Exhibits at D.E. 404 contain sensitive medical information and personally identifiable information, and therefore, the Defendant's right to privacy outweighs the public's right to access the documents. Thus, the Defendant respectfully requests that the Court seal the aforementioned Exhibits and direct the Clerk of Court to provide a copy of the sealed documents to the Defendant and to the United States.

Respectfully submitted, this the 11th day of November 2020.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Catherine S. Brown
Catherine Brown
N.C. State Bar # 50598
P. O. Box 1029
Raleigh, NC 27602
Tel: (919) 833-3114
Fax: (919) 832-0739
catherine.brown@cheshirepark.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below she electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the United States.

This the 11th day of November, 2020.

/s/ Catherine S. Brown
Catherine S. Brown
CHESHIRE PARKER SCHNEIDER, PLLC