UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 3:75-CR-00026-F

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY MACDONALD | ORDER |

This matter comes before the Court on motion of the Defendant to seal D.E. 404 (Exhibits 1 through 14 to Defendant's Motion for Compassionate Release D.E. 403) in the above-referenced case. Exhibits 1 through 14 consist of Defendant's medical records maintained by the Bureau of Prisons and other records containing personally identifiable information. For good cause shown, the Court GRANTS the Defendant's motion to seal. D.E. 404 is hereby ORDERED sealed until further order of the Court. The Clerk of Court is directed to provide a copy of the sealed documents to Defendant and to the United States.

SO ORDERED this ____ day of November, 2020.

TERRENCE W. BOYLE
Chief United States District Judge