UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 3:75-CR-00026-F

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY MACDONALD | NOTICE OF APPEARANCE |

NOW COMES undersigned counsel who hereby enters his Notice of Appearance for the Defendant in the above-captioned case.

Respectfully submitted, this the 11th day of November, 2020.


CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Hart Miles
Hart Miles
N.C. State Bar No. 23342
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
hart.miles@cheshirepark.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the United States.

This the 11th day of November, 2020.

/s/ Hart Miles
Hart Miles
CHESHIRE PARKER SCHNEIDER, PLLC