UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 3:75-CR-00026-F

| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY MACDONALD | AMENDED CERTIFICATE OF SERVICE FOR DOCKET ENTRY 403 |
|---|---|

The undersigned hereby certifies that on November 11, 2020, undersigned counsel filed the Defendant's Motion for Compassionate Release [Docket Entry 403] with the certificate of service showing co-counsel, Hart Miles, as certifying that he electronically filed Docket Entry 403. Undersigned hereby gives notice that she electronically filed Docket Entry 403 on November 11, 2020.

Respectfully submitted, this the 11th day of November, 2020.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Catherine S. Brown
Catherine S. Brown
N.C. State Bar No. 50598
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
catherine.brown@cheshirepark.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, she electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the United States.

This the 11th day of November, 2020.

/s/ Catherine S. Brown
Catherine S. Brown
CHESHIRE PARKER SCHNEIDER, PLLC