UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 3:75-CR-26-1-F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY MACDONALD | **NOTICE OF APPEARANCE** |

NOW COMES undersigned counsel and informs the Court and the Government that he is making an appearance to represent the Defendant in this matter with respect to his Motion for Compassionate Release filed at DE-403, as co-counsel with Cheshire Parker Schneider PLLC.

This the 12th day of November, 2020.

**GAMMON, HOWARD & ZESZOTARSKI, PLLC**

/s/ Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
State Bar No. 21310
115 ½ West Morgan Street
Raleigh, NC 27601
(919) 521-5878
Fax: (919) 882-1898
jzeszotarski@ghz-law.com
Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing NOTICE through the electronic service function of the Court's electronic filing system, on the United States Attorney's Office

This the 12h day of November, 2020.

/s/ Joseph E. Zeszotarski, Jr.
Counsel for Defendant