GOVERNMENT EXHIBIT 1

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action**

Name: MACDONALD, Jeffrey

Institution: Cumberland FCI

Register Number: 00131-177

Date: June 15, 2005

As a result of the hearing conducted on May 10, 2005, the following action was ordered:

Continue to a 15-Year Reconsideration Hearing in May 2020.

**REASONS**:

Your offense behavior has been rated as Category Eight severity because it involved Murder. Your salient factor score is 10. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. You have been in federal confinement as a result of your behavior for a total of 289 months as of May 5, 2005. Guidelines established by the Commission for the above offense behavior indicate a range of 100+ months to be served before release for cases with good institutional adjustment and program achievement.

In addition, you have committed 2 non-drug related infraction(s). Guidelines established by the Commission indicate a range of up to 2 months be added to your guideline range for each non-drug related infraction.

Your aggregate guideline range is 100+ months to be served. After review of all relevant factors and information, a decision above the guidelines is warranted because a decision more than 48 months above the minimum guidelines is warranted because your offense behavior involved the aggravating factors that you were convicted of murdering three individuals. Two of these victims were your own children who were 5 and 2 years old at the time the murders were committed. The third victim was your wife, who was pregnant at the time. Based on the brutal nature of the murders and the extraordinary vulnerability of the victims, the Commission believes that establishing a release date within the next 15 years would depreciate the seriousness of the offense.

In addition, you have also been scheduled for a statutory interim hearing during May 2007.

The above is an original jurisdiction decision, and is appealable to the Commission under 28 C.F.R. 2.27.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc: U.S. Probation Office
Eastern District of North Carolina
M. 610 Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1418

## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 3 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 2 | B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 3 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 1 | D - Recent commitment free period (three years)<br>No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 1 | E - Probation/parole/confinement/escape status violator this time<br>Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 0 | F - Older offenders<br>If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 10 | **Salient Factor Score (SFS-98)** (sum of points for A-F above) |

| Points For SFS Item C | | | |
|---|---|---|---|
| Age | Prior Commitments | | |
| | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |