# Memorandum

GOVERNMENT EXHIBIT 2

| Subject | Date |
|---|---|
| Jeffrey McDonald<br>00131-177 | June 4, 2005 |

| To | From |
|---|---|
| File | Commissioner Deborah Spagnoli |

This defendant murdered his entire family – his pregnant wife and his two very young daughters. He tried to blame others and got away with his crime for a number of years until the Government was able to obtain an overwhelming amount of evidence and a jury convicted him of the brutal murders.

Defendant continues to deny committing these heinous crimes. The trial judge sentenced defendant to three CONSECUTIVE life sentences. I do not believe the United States Parole Commission should ever exercise its discretion to release this criminal one day earlier than his mandatory parole date which is in 2071. If this Commission were to do so, it would depreciate the absolutely brutal nature of these murders – and it would serve to reward defendant who has proven himself to be a very smart psychopath – the most dangerous kind of criminal. The United States Government should not reward him for that behavior. Because defendant is a dangerous but smart psychopath, when defendant is considered for mandatory parole in 2071, the Commission should ensure that a number of psychological assessments of the defendant have been completed over the years (to be better able to ascertain whether defendant is malingering in a current assessment prior to his possible release date.)

And, if he is ever granted parole at a mandatory parole hearing, he should be subject to the highest level of supervision on parole, he should be on GPS monitoring for the duration of his parole, and he should be subject to search terms.


Case 3:75-cr-00026-BO Document 413-2 Filed 11/23/20 Page 1 of 1