IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-00026-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFREY MACDONALD | ) |

NOTICE OF VICTIM'S STATEMENT

The Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771, provides crime victims with, *inter alia*, "[t]he right to reasonable, accurate and timely notice of any public court proceeding, or any parole proceeding, involving the crime or any release or escape of the accused." 18 U.S.C. § 3771(a)(2). Additionally, a crime victim has "[t]he right to confer with the attorney for the Government in the case." *Id.* at § 3771(a)(5).

Defendant has filed a motion for compassionate release seeking immediate release from federal custody. (D.E. 403.) The court has not scheduled a hearing on the Defendant's motion. However, one of the victims of Defendant's crime (the brother and uncle of his murder victims) has submitted the attached statement to the United States for submission to the Court. The United States respectfully requests that in considering its response to the Defendant's motion, the Court also consider the victim's statement when deciding Defendant's motion.

[*Remainder Left Intentionally Blank*]

Respectfully submitted this 23rd day of November, 2020.

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 23rd day of November, 2020, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF system or placing a copy in the United States Mail to the following:

Hart Miles
hart.miles@cheshirepark.com

Elliot Sol Abrams
elliot.abrams@cheshirepark.com

Catherine S. Brown
catherine.brown@cheshirepark.com

Cheshire Parker Schneider, PLLC
PO Box 1029
Raleigh, NC 27602

Joseph E. Zeszotarski, Jr.
Gammon, Howard, and Zeszotarki, PLLC
P.O. Box 1127
Raleigh, NC 27602
jzeszotarski@ghz-law.com

*Counsel for the Defendant*

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253