11/19/20 RLS

GOVERNMENT EXHIBIT 1

To: Hon. Judge Boyle

ON THE MATTER OF THE REQUEST FOR THE REDUCTION OF PRISON TERM OF JEFFREY MACDONAL, FOR THE GHASTLY MURDERS OF OF HIS FAMILY BASED ON THE CONCEPT OF "COMPASSIONATE RELEASE"

Dear Judge Boyle;

I IMPLORE YOU TO REQUIRE THAT JEFFREY MACDONALD COMPLETE THE TERM HE WAS SENTENCE TO.....
He gave no Compassion to his family as he clubbed them and stabbed them to death. Fo r them it was the ultimate sacrifice.

My name is Robert Stevenso, and I am the older brother of slain colette Stevenson.

February 17 , 1970 was a day that shattered my life and the lives of the very few members of my family..

That morning, heading out the door of my home, the radio in the living room tolled out the news.........".slaughter at Fort Bragg......the family of Capt. MacDonald killed in a ritualistic fashion remanistic of the Manaon family murders"

My wife called out in shock, could that be Colette and the kids?"......and she too was drawn into the nightmare of, who did this?

She had nightmares for decades because of the enormity of the crime.

CRIME AND PUNISHMENT I BELIEVE THAT JUDGES DEVELOP A PARTICULAR EXPERTISE.............the hear the case.......see and evaluate the defendant, and if he is found to be guilty and if the judge has judiciary discretion in sentencing; he would use that discretion together with his years of experience so as to make the punishment fit the crime............

That is just what Judge fox did here......I do not feel that his opinion after listening to the facts and observing the defendant should be set aside because a criminal does not want to serve out his sentence.

My mother who had two stilllborn babies ; lost her dearest child…..the girl she had always wanted……...who she had dressed her ribbons and bows…….and she lost the dear little children .she died of depression,, grief, and cancer induced by the stress of it all..

Alfred Kassab, my stepfather who solved the crime and brought the murderer to bay along with the Justice Department, died of chronic emphysema and stomach cancer from the years of chain smoking cigarettes as he sat at his desk, generating letter after

after letter trying to get support for trying MacDonald.

Thus, my sister and my parents were ALL brutally killed by him and he should not go free based on any aspect of compassion. There is no family because of

My son now deceased; grew up to know the horrible truth as well and wound up in therapy as a result…………………

My daughter has had bad dreams for many years and is frightened if a man should come into her presence without her knowledge.

IN GENERAL. The appeal cites a minimum risk of recidivating ……..a convict is so limited in opportunity in prison etc. that behavioral excesses are not probable.

During the investigation it was found that in high school he got in a rumble with the team ane hae to be torn off a kid whose head he was banging on the concrete….

While on a boat with a young woman and her child, it was said that when the child became a problem he held him upside down and threatened to crush his head between the boat the ehe dock.

It is true that these are unsubstantiated claims, but it is said in the world of psychiatry that SOCIOPATHY IS INCURABLE. He has been diagnosed as a sociopathic psychopath who can; under the proper circumstances explode……..and that from his own psychologist; Dr. Hrish KLazaar

Think about it…….what kind of man can do what he did ?....clubbing a 6.5 months pregnant woman and stabbing her repeatedly as he did in his act of finalith as he ice pickled his youngest child…...no, this is not the behavior of a sane man…..this is a potentially dangerous man.

Considering MscDonald's factors warranting compassionate release the cite "Williams v. New York" 337U.s 24l,247, 69S. cCt.1079,93 L.Ed. 1337 (1949)the punishment should fit the offender and not merely the crime............HAVING BEEN CONVICTED OF THREE COUNTS OF MURDER MAKES HIM A SERIAL KILLER, NOT A CANDIDATE FOR CONPASSIONATE RELEASE...............

Furthermore,, he refuses to admit to his crimes.........I submit that is further evidence of his intransigence.

He has shattered my family killing t hem like weeds in a garden so that he could gratify himself without the encumbrance of a family.

In the light of all of the proceeding, it is my wish that Jeffrey MacDonald remain in prison to fully serve out the term imposed.

Robert Stevenson

Robert c. Stevenlson