IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-00026-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| JEFFREY MACDONALD | ) | |

For good cause having been shown upon the United States' Motion to Seal, it is hereby ORDERED that the Notice of Victim's Statement filed by the United States in this matter be filed under seal and remain sealed until further order of the Court.

This ____ day of _________________, 2020.

_________________________________
TERRENCE W. BOYLE
Chief United States District Judge