IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-00026-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY |
| v. | ) | |
| | ) | |
| JEFFREY MACDONALD | ) | |

The United States, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests leave to file a surreply to Defendant Jeffrey MacDonald's reply in support of his motion for compassionate release. As discussed in the proposed surreply, attached hereto as **Exhibit A**, MacDonald's arguments regarding the applicability of § 3582(c) to his case are meritless. In his original motion, MacDonald did not address the applicability of § 3582(c) to old-law inmates like himself whose crimes were committed before November 1, 1987; he raises these arguments for the first time in his reply. The government thus respectfully seeks leave to file a brief surreply to respond to the arguments raised for the first time on reply and address other important points for the Court's consideration.

Respectfully submitted this 4th day of December, 2020.

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 4th day of December, 2020, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF system or placing a copy in the United States Mail to the following:

Hart Miles
hart.miles@cheshirepark.com

Elliot Sol Abrams
elliot.abrams@cheshirepark.com

Catherine S. Brown
catherine.brown@cheshirepark.com

Cheshire Parker Schneider, PLLC
PO Box 1029
Raleigh, NC 27602

Joseph E. Zeszotarski, Jr.
Gammon, Howard, and Zeszotarski, PLLC
P.O. Box 1127
Raleigh, NC 27602
jzeszotarski@ghz-law.com

*Counsel for the Defendant*

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253