IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-00026-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFFREY MACDONALD | ) | |

This matter is before the Court on the United States' motion for leave to file a surreply in this compassionate-release matter. For good cause shown, the United States' motion for leave to file the proposed surreply is GRANTED, the United States is DIRECTED to file the surreply on the docket in this matter, and the Court will consider the filed surreply in conjunction with the parties' other filings in its review of Defendant Jeffrey MacDonald's motion for compassionate release [D.E. 403.]

This the _____ day of _____________________, 2020.

______________________________
TERRENCE W. BOYLE
Chief United States District Judge



Case 3:75-cr-00026-BO Document 417-2 Filed 12/04/20 Page 1 of 1