IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-00026-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY** |
| | ) | |
| JEFFREY MACDONALD | ) | |

The United States hereby provides notice to the Court of subsequently decided authority directly relevant to the issues presented by Jeffrey MacDonald's motion for compassionate release. On February 12, 2021, the Ninth Circuit decided the case of *United States v. Juan Ramon Matt-Ballesteros*, No. 20-50129, D.E. 30-1, 2021 WL 531549 (9th Cir. Feb. 12, 2021 (unpublished mem. op.) (attached hereto as Exhibit 1). The Ninth Circuit affirmed the denial of the defendant's motion for compassionate release on the grounds that the old-law inmate was not eligible to file a motion under 18 U.S.C. § 3582(c). *Id*. at 1. In finding that the inmate could not seek compassionate release under 18 U.S.C. § 3582(c), the court directly addressed—and rejected—many of the exact arguments MacDonald has raised in support of his claim that he is eligible for compassionate release. *See id*. at 2–5. As far as the undersigned is aware, this decision is the first by a federal appellate court to directly address the question of whether an old-law inmate may pursue compassionate relief under 18 U.S.C. § 3582(c) after passage of the First Step Act; the decision and opinion are thus highly persuasive in this case.

Respectfully submitted this 22nd day of February, 2021.

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 22nd day of February, 2021, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF system or placing a copy in the United States Mail to the following:

Hart Miles
hart.miles@cheshirepark.com

Elliot Sol Abrams
elliot.abrams@cheshirepark.com

Catherine S. Brown
catherine.brown@cheshirepark.com

Cheshire Parker Schneider, PLLC
PO Box 1029
Raleigh, NC 27602

Joseph E. Zeszotarski, Jr.
Gammon, Howard, and Zeszotarki, PLLC
P.O. Box 1127
Raleigh, NC 27602
jzeszotarski@ghz-law.com

*Counsel for the Defendant*

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253