IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-26-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| JEFFREY MACDONALD | ) | |

Please enter my name as an attorney of record on behalf of the United States of America in the above-captioned action. Copies of all correspondence and pleadings should be sent to the undersigned at the below address.

Respectfully submitted, this 5th day of March, 2021.

G. NORMAN ACKER, III
Acting United States Attorney

BY: /s/ Michael Bredenberg
MICHAEL BREDENBERG
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: Michael.Bredenberg2@usdoj.gov
NC State Bar No. 26068
Attorney for United States of America

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 5th day of March, 2021, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF system or placing a copy in the United States Mail to the following:

Hart Miles
hart.miles@cheshirepark.com

Elliot Sol Abrams
elliot.abrams@cheshirepark.com

Catherine S. Brown
catherine.brown@cheshirepark.com

Cheshire Parker Schneider, PLLC
PO Box 1029
Raleigh, NC 27602

Joseph E. Zeszotarski, Jr.
Gammon, Howard, and Zeszotarki, PLLC
P.O. Box 1127
Raleigh, NC 27602
jzeszotarski@ghz-law.com

BY: /s/ Michael Bredenberg
MICHAEL BREDENBERG
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: Michael.Bredenberg2@usdoj.gov
NC State Bar No. 26068
Attorney for United States of America