IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-00026-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY MACDONALD | )<br>)<br>)<br>)<br>) | MOTION TO SEAL AND INCORPORATED MEMORANDUM IN SUPPORT |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby respectfully moves the Court for an order sealing Exhibit 1 to the United States' Notice of Refusal of COVID-19 Vaccination and Supplemental Response in Opposition to Defendant's Motion for Compassionate Release ("Exhibit 1"), filed in this matter at D.E. 424. In support of the motion to seal, the United States shows to the Court the following:

1. "When deciding whether to seal or otherwise restrict access to judicial documents, courts must balance competing interests." *United States v. Harris*, 890 F.3d 480, 491–92 (4th Cir. 2018).

2. Consistent with this Court's practice in the civil arena, the Court generally recognizes a privacy interest in copies of medical records that outweighs the public's right of access. *See* Local Civil Rule 26.1(a)(1) ("When filed in accordance with subsection (a), copies of medical records shall not be open to inspection or copying by any persons, except the parties and their attorneys. Thus, any medical records must be accompanied by a motion to seal as provided in Local Civil Rule 79.2.").

3. Here, Exhibit 1 consists of certain Bureau of Prison ("BOP") medical records of the Defendant, including his recent immunization history.

4. Accordingly, because the Court generally recognizes a privacy interest in such records that outweighs the public interest, the government requests that the Court enter the order sealing Exhibit 1 submitted herewith.

Respectfully submitted this 9th day of March, 2021.


G. NORMAN ACKER, III
Acting United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 9th day of March, 2021, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF system or placing a copy in the United States Mail to the following:

Hart Miles
hart.miles@cheshirepark.com

Elliot Sol Abrams
elliot.abrams@cheshirepark.com

Catherine S. Brown
catherine.brown@cheshirepark.com

Cheshire Parker Schneider, PLLC
PO Box 1029
Raleigh, NC 27602

Joseph E. Zeszotarski, Jr.
Gammon, Howard, and Zeszotarki, PLLC
P.O. Box 1127
Raleigh, NC 27602
jzeszotarski@ghz-law.com

*Counsel for the Defendant*

G. NORMAN ACKER, III
Acting United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253