IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-00026-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **NOTICE OF ANTICIPATED VICTIM APPEARANCE AT COMPASSIONATE-RELEASE HEARING** |
| v. | ) | |
| | ) | |
| JEFFREY MACDONALD | ) | |

The Government files this notice with the Court to confirm its expectation that Mr. Bob Stevenson, the brother and uncle of the murder victims in this case, will attend the hearing in this compassionate-release matter currently scheduled for Thursday, March 11, 2021 at 3:00pm. Pursuant to the Crime Victim Rights Act, Mr. Stevenson respectfully requests that he be given the opportunity to be reasonably heard. *See* 18 U.S.C. § 3771(a)(4). In its opposition brief, and pursuant to this Court's Standing Order, *see* 17-JO-1-BO, the government previously notified the Court of Mr. Stevenson's anticipated participation in the hearing (*see* D.E. 413 at 24 n.10), and now confirms that Mr. Stevenson is traveling and plans to attend tomorrow's hearing in-person, and will be prepared to address the Court on behalf of the victims' family.

[*Remainder of Left Intentionally Blank*]

Respectfully submitted this 10th day of March, 2021.

G. NORMAN ACKER, III
Acting United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 10th day of March, 2021, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF system or placing a copy in the United States Mail to the following:

Hart Miles
hart.miles@cheshirepark.com

Elliot Sol Abrams
elliot.abrams@cheshirepark.com

Catherine S. Brown
catherine.brown@cheshirepark.com

Cheshire Parker Schneider, PLLC
PO Box 1029
Raleigh, NC 27602

Joseph E. Zeszotarski, Jr.
Gammon, Howard, and Zeszotarki, PLLC
P.O. Box 1127
Raleigh, NC 27602
jzeszotarski@ghz-law.com

*Counsel for the Defendant*

G. NORMAN ACKER, III
Acting United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253