IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:75-CR-00026-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **SECOND NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY** |
| v. | ) | |
| | ) | |
| JEFFREY MACDONALD | ) | |

The United States hereby provides notice to the Court of additional subsequently decided authority directly relevant to the issues presented by Jeffrey MacDonald's motion for compassionate release. On March 23, 2021, the Seventh Circuit decided the case of *United States v. Jackson*, ___ F.3d ___, 2021 WL 1097664 (7th Cir. 2021) (slip op. attached hereto as Exhibit 1). The Seventh Circuit affirmed the denial of the defendant's motion for compassionate release on the grounds that the old-law inmate was not eligible to file a motion under 18 U.S.C. § 3582(c). *Id*. at 5. In finding that the inmate could not seek compassionate release under 18 U.S.C. § 3582(c), the court directly addressed—and rejected—many of the exact arguments MacDonald has raised in support of his claim that he is eligible for compassionate release. *Id.* at 3–5. Furthermore, in reaching this result, the Seventh Circuit expressly agreed with the Ninth Circuit's unpublished decision in *United States v. Matta-Ballesteros*, __ F. App'x __, 2021 WL 531549 (9th Cir. Feb. 12, 2021), which likewise held that the First Step Act did not make § 3582 applicable to old-law prisoners. The Seventh Circuit is now the second federal appellate court to reach this conclusion, along with every other federal district court to have expressly considered

the question as far as the Government is aware, including yet another court who decided the issue less than ten days ago. *See United States v. Faul*, Case No. 3:83-cr-00016, 2021 WL 965311 (D.N.D. Mar. 15, 2021) ("Courts uniformly reject the notion that the FSA altered the prevailing 'two-track regime.'"). As such, the Government respectfully submits that the *Jackson* decision is highly persuasive in supporting the denial of MacDonald's motion.

Respectfully submitted this 24th day of March, 2021.

G. NORMAN ACKER, III
Acting United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 24th day of March, 2021, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF system or placing a copy in the United States Mail to the following:

Hart Miles
hart.miles@cheshirepark.com

Elliot Sol Abrams
elliot.abrams@cheshirepark.com

Catherine S. Brown
catherine.brown@cheshirepark.com

Cheshire Parker Schneider, PLLC
PO Box 1029
Raleigh, NC 27602

Joseph E. Zeszotarski, Jr.
Gammon, Howard, and Zeszotarki, PLLC
P.O. Box 1127
Raleigh, NC 27602
jzeszotarski@ghz-law.com

*Counsel for the Defendant*

G. NORMAN ACKER, III
Acting United States Attorney

By: /s/ John E. Harris
JOHN E. HARRIS
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: john.harris5@usdoj.gov
N.C. Bar No. 49253