IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 3:75-CR-26-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| JEFFREY MACDONALD | ) | |

This cause comes before the Court on the government's motion to seal the Notice of Victim's Statement filed by the United States. [DE 415]. The motion provides no grounds upon which to seal the victim statement. *See* Section V(G)(1) of the Policy Manual. The government shall, within ten (10) days of the date of entry of this order, either withdraw its request to seal the document or make a showing as to why the document should be sealed.

SO ORDERED, this 9 day of April, 2021.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE