UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 3:75-CR-00026-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY MACDONALD | NOTICE OF APPEAL |

Jeffrey MacDonald, by and through undersigned counsel, and under Rule 4(b) of the Federal Rules of Appellate Procedure, hereby gives notice of appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in the above-referenced case by United States District Judge Terrence W. Boyle on April 9, 2021, (E.D.N.C. No. 3:75-CR-00026-BO, Docket Entry 431), denying Defendant's request for relief under 18 U.S.C. § 3582.

Respectfully submitted, this the 22nd day of April 2021.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Hart Miles
Hart Miles
N.C. State Bar # 23342
hart.miles@cheshirepark.com

/s/ Elliot Sol Abrams
Elliot Sol Abrams
N.C. State Bar # 42639
elliot.abrams@cheshirepark.com

/s/ Catherine S. Brown
Catherine S. Brown
N.C. State Bar # 50598
P. O. Box 1029
Raleigh, NC 27602
Tel: (919) 833-3114
Fax: (919) 832-0739
catherine.brown@cheshirepark.com

GAMMON, HOWARD, &
ZESZOTARSKI, PLLC

/s/ Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
N.C. State Bar No. 21310
P.O. Box 1127
Raleigh, NC 27602
(919) 521-5878
jzeszotarski@ghz-law.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the United States.

This the 22nd day of April 2021.

/s/ Elliot Sol Abrams
Elliot Sol Abrams
CHESHIRE PARKER SCHNEIDER, PLLC
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
Tel: (919) 833-3114
Fax: (919) 832-0739
elliot.abrams@cheshirepark.com

2