FILED: April 26, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6631
(3:75-cr-00026-BO-1)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JEFFREY R. MACDONALD

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Fayetteville |
| Originating Case Number | 3:75-cr-00026-BO-1 |
| Date notice of appeal filed in originating court: | 04/22/2021 |
| Appellant | Jeffrey MacDonald |
| Appellate Case Number | 21-6631 |
| Case Manager | Emily Borneisen<br>804-916-2704 |