UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 3:75-CR-00026-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **NOTICE OF SUBSTITUION** |
| v. ) | **OF COUNSEL** |
| ) | |
| JEFFREY MACDONALD ) | |
| ) | |

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and hereby requests that the undersigned attorney be substituted as counsel for the Government and that BRYAN M. STEPHANY be removed from the court's docket as counsel for the Government and his association with this matter terminated.

Respectfully submitted, this 30th day of May 2024.

                                                      MICHAEL F. EASLEY, JR.
                                                     United States Attorney

BY:    */s/ Jake D. Pugh*
          JAKE D. PUGH
          Assistant U.S. Attorney
          Criminal Division
          150 Fayetteville Street, Suite 2100
          Raleigh, NC 27601
          Phone: (919) 856-4530
          Email: jacob.pugh@usdoj.gov
          S.C. Bar No. 100859

CERTIFICATE OF SERVICE

This is to certify that I have this 30th day of May 2024 served a copy of the foregoing Government's *Notice of Substitution of Counsel* upon the defendant by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

Catherine Sims Brown
Cheshire Parker Schneider, PLLC
Post Office Box 1029
133 Fayetteville Street, Suite 500
Raleigh, NC 27602
919-833-3114
Fax: 919-832-0739
Email: catherine.brown@cheshirepark.com

Hart Miles
Cheshire Parker Schneider, PLLC
Post Office Box 1029
133 Fayetteville Street, Suite 500
Raleigh, NC 27602
919-833-3114
Fax: 919-829-0739
Email: hart.miles@cheshirepark.com

Elliot Sol Abrams
Cheshire Parker Schneider, PLLC
P.O. Box 1029
133 Fayetteville St.
4th Floor (27601)
Raleigh, NC 27602
919-833-3114
Fax: 919-832-0739
Email: elliot.abrams@cheshirepark.com

Joseph E. Zeszotarski , Jr.
Gammon, Howard & Zeszotarski, PLLC
115 1/2 West Morgan St.
Raleigh, NC 27601
919-521-5878
Fax: 919-882-1898
Email: jzeszotarski@ghz-law.com

*/s/ Jake D. Pugh*
JAKE D. PUGH
Assistant U.S. Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Phone: (919) 856-4530
Email: jacob.pugh@usdoj.gov
S.C. Bar No. 100859